IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT WALKER | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3-08-CV-2051-M |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL. | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court. Plaintiff's motion for a temporary restraining order and a preliminary injunction [Doc. #5] is denied.

SO ORDERED this 20th day of January, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS